UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

QUINTINE FIELDS,

    Plaintiff,

v.

    No. 5:22-CV-00128-H

LAMESA POLICE DEPARTMENT,
*et al.*,

    Defendants.

### JUDGMENT

For the reasons stated in the Court's order entered today, and because there is no just reason for delay in entering final judgment under Rule 54(b), it is ordered, adjudged, and decreed that:

1. Plaintiff's claims against the Lamesa Police Department are dismissed with prejudice under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

2. Plaintiff's claims for illegal search and seizure, false report, defamation, and denial of medical care are dismissed with prejudice under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

Under Federal Rule of Civil Procedure 54(b), this judgment shall be a final judgment as to all claims and Defendants set forth above.

Dated October 25, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge