UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| QUINTINE FIELDS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER WARD,<br><br>Defendant. | No. 5:22-CV-00128-H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated December 5, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge